UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Tammy Grady, | : |
| | : |
| | : Civil Action No.: 1:11-cv-00577-LM |
| Plaintiff, | : |
| v. | : |
| | : |
| American Acceptance, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
**PURSUANT TO RULE 41(a)**

Tammy Grady ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 10, 2012

Respectfully submitted,

By ___/s/ James D. Kelly_____

James D. Kelly, Esq. (BNH 16177)
Getman, Schulthess & Steere
1838 Elm Street
Manchester, NH  03104
(603) 634-4300

**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By   /s/ James D. Kelly

                                    James D. Kelly, Esq.